# Court of Appeals
# of the State of Georgia

ATLANTA,  August 20, 2025

*The Court of Appeals hereby passes the following order:*

**A26A0114. TAMARA FLOYD v. DOMAIN, LLC.**

Tamara Floyd sought superior court review of an adverse magistrate court judgment, and the superior court also issued an adverse judgment. Floyd filed an application for discretionary review pursuant to OCGA § 5-6-35 (a) (1), which this Court denied. Case No. A25D0453 (July 9, 2025). Floyd also filed this direct appeal. We lack jurisdiction because this Court's denial of Floyd's discretionary application constitutes a decision on the merits. See *Elrod v. Sunflower Meadows Dev., LLC*, 322 Ga. App. 666, 670 (4) (745 SE2d 846) (2013) ("[W]hen this Court examines a request for a discretionary appeal, it acts in an error-correcting mode such that a denial of the application is on the merits, and the order denying the application is res judicata with respect to the substance of the requested review."). Thus, Floyd "has no right to file a direct appeal and obtain a second review of those same claims," *Northwest Social & Civic Club v. Franklin*, 276 Ga. 859, 860 (583 SE2d 858) (2003), and this direct appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*  08/20/2025

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*